UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20- 22929-CIV-WILLIAMS

TRAINING FIRST FOR LIFE CORP
d/b/a US1 FITNESS CENTER,

    Plaintiff,

vs.

OHIO SECURITY INSURANCE CO.,

    Defendant.
_____/

## ORDER REMANDING CASE

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 26) on Plaintiff's Motion to Remand (DE 20). Defendant did not file objections to the report, and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 26) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Remand (DE 20) is **GRANTED**. This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County.

3. Any and all pending motions are **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE